NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30171
16-AUG-2012
02:06 PM**

NO. 30171

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
MELCHOR B. ADVIENTO, Defendant-Appellant.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 07-1-2068)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])


The Memorandum Opinion, filed on July 10, 2012, is hereby corrected as follows:

1.    On page 3, in the twenty-third line, the word "the" should be replaced with "that" so that as corrected, the text reads: ". . . 'nobody will get hurt' and that 'we're going to be fine.'"

2.    On page 5, in the second line of subsection "II.", the word "the" should be replace with "to" so that as corrected, the text reads: "According to Adviento . . . ."

3.    On page 6, in the seventeenth line, the word "taking" and should be replaced with "talking" so that as corrected, the text reads: ". . . saw Erlinda talking . . . ."

---

[1] Nakamura, Chief Judge, and Leonard and Ginoza, JJ.

4.    On page 7, in the fifth line of subsection "III.", the word "appealed" should be replaced with "appeal" so that as corrected, the text reads: " . . . and this appeal followed."

5.    On page 11, in the second line of subsection "3.", the word "in" should be inserted between "Adviento" and "a" so that as corrected, the text reads: ". . . engaged Aviento in a colloquy . . . ."

6.    On page 24, in the twelfth line, the word "prosecutor" should be replaced with "prosecutor's" so that as corrected, the text reads: " . . . 3) the prosecutor's use of the term . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, August 16, 2012.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge